# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICHAEL PAUL GEE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:06-CR-00366-001**<br><br>C. Leonetti, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): <u>ONE and TWO of the Complaint</u> .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 13 and CVC 242 and 243(e) (1) | COMMIT BATTERY AGAINST HIS COHABITING GIRLFRIEND (Class A Misdemeanor) | 10/26/2006 | ONE |
| 36 C.F.R. 2.35(c) | HAVE a PRESENCE in a PARK AREA UNDER the INFLUENCE of ALCOHOL to a DEGREE that ENDANGERED ANOTHER PERSON (Class B Misdemeanor) | 10/26/2006 | TWO |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[     ] The defendant has been found not guilty on counts(s) _ nd is discharged as to such count(s).

[     ] Count(s) _ is)(are) dismissed on the motion of the United States.

[     ] Indictment is to be dismissed by District Court on motion of the United States.

[     ] Appeal rights given.          [     ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

NOVEMBER 8, 2006
Date of Imposition of Judgment

/s/ Sandra M. Snyder
Signature of Judicial Officer

**SANDRA M. SNYDER**, United States Magistrate Judge
Name & Title of Judicial Officer

11/9/2006
Date

| | | |
|---|---|---|
| CASE NUMBER: | 1:06CR00366-001 | Judgment - Page 2 of 5 |
| DEFENDANT: | MICHAEL PAUL GEE | |

# PROBATION

The defendant is hereby sentenced to BENCH probation for a term of 24 MONTHS

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[     The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[     The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# SPECIAL CONDITIONS OF SUPERVISION

1. Defendant is Ordered to Serve 14 days custody, credit for time served in this case & concurrent in case no. 6:05-mj-00243.

2. Defendant is placed on 24 months Bench Probation in this case & concurrent in case no. 6:05-mj-00243.

3. Defendant to obey all laws (local, state & federal).

4. Defendant to report any new arrest to court & defense counsel.

5. Defendant to maintain regular contact with Office of the Federal Defender.

6. Defendant to seek & maintain permanent residence within 15 days after release from custody.

7. Defendant to immediately notify Office of the Federal Defender in writing of any change of address & telephone number.

8. Defendant to participate in a program of alcohol treatment (inpatient or outpatient) and submit proof of attendance to the Office of the Federal Defender.

9. Defendant to attend Alcoholics Anonymous no less than two (2) times per week with proof of attendance to Office Federal Defender.

10. Defendant is ordered to stop in So. Dakota (case number 03-2466 in the magistrate court for the Seventh Judicial District in Pennington County) to clear up any outstanding matters and submit proof of having done so to Federal Defender within 10 days from release.

11. Defendant to appear at all proceedings as required, unless appearance is waived by the Court upon written request filed not less than fourteen calendar days in advance, including the next Status Conference Scheduled for February 15, 2007 at 10:00a.m..

12. Defendant ordered to pay special assessment in 1:06-cr-00366 is $25 as to Count 1 and $10 as to Count 2 and 6:05-mj-00243 is $10 Count 1; for a TOTAL of $45. Defendant is to pay the $45, payable to Clerk, US District Court, within 6 months after release from custody. $45 is to be mailed to Clerk, U.S.D.C., 2500 Tulare St., Room 1501, Fresno, CA 93721.

13. Defendant advised of appeal rights.

| | | |
|---|---|---|
| CASE NUMBER: | 1:06CR00366-001 | Judgment - Page 4 of 5 |
| DEFENDANT: | MICHAEL PAUL GEE | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 35.00 | $ not imposed | |

[ ]  The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[]  Restitution amount ordered pursuant to plea agreement $ ___

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]  The interest requirement is waived for the     [ ] fine     [ ] restitution

[ ]  The interest requirement for the     [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A** [✔]   Lump sum payment of $ __35.00__ due, balance due

    [✔]   not later than   **May 9, 2007.**
    [ ]   in accordance with   [ ] C,   [ ] D,   [ ] E, or   [ ] F below; or

**B** [ ] Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

**C** [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** [✔]   Special instructions regarding the payment of criminal monetary penalties:

Court fines that the defendant does not have the ability to pay a Fine and imposition of a Fine is not imposed.

Court orders defendant to pay the following special assessment in 1:06-cr-00366 case as to Count 1 - $25.00 and as to Count 2 $10; defendant is ordered to pay a special assessment in 6:05-mj-00243 case as to Count 1 - $10. For a TOTAL special assessment as to both cases = $45 to the Clerk, U.S. District Court & mailed to the Clerk, USDC, 2500 Tulare Street, Room 1501, Fresno, California 93721 within six (6) months after release from custody or by May 9, 2007.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several
Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.